

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-16-00532-CV

**FRANKLIN ADVISERS, INC.**, on behalf of certain investment funds managed by it, Oz Management LP, on behalf of certain investment funds managed by, Oz Management II LP, on behalf of certain investment funds managed by it, Benefit Street Partners, LLC, Et al,
Appellants

v.

**IHEARTCOMMUNICATIONS INC.**, f/k/a Clear Channel Communications, Inc.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-04006
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Court has considered the parties' joint motion requesting sealed volumes of the court reporter's record and has determined that the motion should be GRANTED. We order that the parties shall have access to all of the sealed volumes of the reporter's record on file in the Court, and to any other documents filed or to be filed with the Court by the court reporters or the Bexar County District Clerk that are covered by the Permanent Sealing Orders entered by the trial court. The Clerk of this Court is hereby directed to unseal the record for the sole purpose of providing a copy to counsel for appellants and appellee. Counsel are further ordered to not share the contents of the record with any person except to the extent necessary to prepare the appellate brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2016.

_____
Keith E. Hottle
Clerk of Court